# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Sonia Hita**

Case Number:  **2:22CR00006**

Name of Sentencing Judicial Officer: **Honorable William Q. Hayes**

Date of Original Sentence: **June 21, 2021**

Original Offense: **Importation of Methamphetamine**

Original Sentence: **18 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 24, 2021**

Date Jurisdiction Transferred to District of Nevada: **January 14, 2022**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

**PETITIONING THE COURT**

☒ To issue a summons.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

   A. Hita tested positive for THC on the following dates: All tests have been confirmed positive by the National Laboratory.

      January 3, 2022
      January 12, 2022

**RE: Sonia Hita**

Prob12C
D/NV Form
Rev. March 2017

> February 4, 2022
> February 9, 2022
> February 18, 2022
> March 19, 2022
> April 8, 2022
> April 16, 2022
> May 12, 2022
> June 6, 2022
> June 20, 2022
> June 30, 2022

Hita admitted in writing to the use of marijuana in January 2022 (the exact date is unknown), June 6, 2022, and again on September 28, 2022.

B.  Hita tested positive for methamphetamine on June 20, 2022. This test was confirmed positive by the National Laboratory. Hita denies using methamphetamine on the above date.

C.  Hita failed to attend required drug/ alcohol tests on the following dates:
> October 29, 2021
> December 15, 2021
> January 20, 2022
> February 3, 2022
> February 11, 2022
> March 7, 2022
> March 9, 2022
> March 24, 2022
> April 2, 2022
> April 22, 2022
> May 17, 2022
> May 21, 2022
> May 31, 2022
> June 4, 2022
> June 14, 2022
> June 28, 2022
> July 2, 2022
> July 5, 2022
> July 13, 2022

**RE: Sonia Hita**

Prob12C
D/NV Form
Rev. March 2017

2. **Report Police Contact Within 72 Hours** - If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

   On December 27, 2021, Hita was stopped by the Las Vegas Metropolitan Police Department for expired plates. Hita failed to report this contact to the undersigned officer.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

   ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 5, 2022**

Brianna King
Digitally signed by Brianna King
Date: 2022.08.05 13:52:51 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.08.05 12:31:36 -07'00'

Brian Blevins
Supervisory United States Probation Officer

**RE: Sonia Hita**

Prob12C
D/NV Form
Rev. March 2017

---

## *THE COURT ORDERS*

☐    No Action.

☐    The issuance of a warrant.

X    The issuance of a summons.

☐    Other:

 

*James C. Mahan*
 
Signature of Judicial Officer

August 8, 2022

Date

**RE: Sonia Hita**

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
### UNITED STATES V. SONIA HITA,  2:22CR00006

### SUMMARY IN SUPPORT OF PETITION FOR SUMMONS
**August 5, 2022**

On June 21, 2021, Hita was sentenced in the Southern District of California to 18 months custody, followed by Three years of supervised release for committing the offense of Importation of Methamphetamine. Supervised release commenced on September 24, 2021. Transfer of Jurisdiction for the District of Nevada was executed on January 14, 2022.

Since commission of supervised release Hita has submitted 12 drug test that yielded a positive result for marijuana and one drug test that yielded a positive result for methamphetamine. All tests were confirmed positive by the National Laboratory. Unfortunately, despite the undersigned officer's attempts to work with Hita, she continues to test positive for illegal substances. Hita does not have a substance abuse condition and as such, was not able to attend drug treatment. Hita admitted in writing to the use of marijuana in January 2022 (the exact date is unknown), June 6, 2022, and again on September 28, 2022. She denies using methamphetamine despite the test being confirmed positive by the National Laboratory.

Hita triggered statutory mandatory revocation by submitting more than Three positive drug tests within one year. *18 U.S.C. § 3583(g)(4) as part of drug testing, tests positive for illegal controlled substances more than 3 times over the course of one year; the court shall revoke the term of supervised release and require the defendant to serve a term of imprisonment not to exceed the maximum term of imprisonment authorized under subsection (e)(3).*

Since commencement of supervised release, Hita failed to submit 19 required drug/alcohol tests. The undersigned officer contacted Hita after her missed drug tests and required her to submit additional drug tests. Unfortunately, despite the undersigned officer's attempts to work with Hita, she continues to miss her required drug/alcohol tests.

On December 27, 2021, Hita was stopped by the Las Vegas Metropolitan Police Department for expired license plates. Hita failed to report this contact to the undersigned officer. This incident was discovered when the undersigned officer investigated a notification that Hita's name had been run by the Las Vegas Metropolitan Police Department. This contact is pending further investigation.

It is evident by the above actions that Hita is not interested in participating in a term of supervised release. It is respectfully requested that a Summons be issued to initiate revocation proceedings.

**RE: Sonia Hita**

Prob12C
D/NV Form
Rev. March 2017

Respectfully submitted,

Brianna King    Digitally signed
                by Brianna King
                Date: 2022.08.05
                13:53:23 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by
Brian Blevins
Date: 2022.08.05
12:32:07 -07'00'

Brian Blevins
Supervisory United States Probation Officer