JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SONIA HITA,<br><br>    Defendant. | Case No. 2:22-cr-6-JCM-VCF<br><br>STIPULATION TO CONTINUE STATUS HEARING (FIRST REQUEST) |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Jawara Griffin, Assistant Federal Public Defender, counsel for defendant Sonia Hita, that the status hearing in the above-captioned matter, previously scheduled for January 25, 2023, at 10:30 a.m., be vacated and continued until a time convenient to the Court, but no earlier than 60 days from the current setting.

The continuance is necessary because government counsel will be in trial for another matter for the entire week beginning January 24, 2023. Moreover, Probation represented to the government that despite defendant having been ordered to attend in-patient treatment at the revocation hearing, she only very recently begun that treatment, and has finally tested negative for marijuana only since about a week ago. As such, the parties agree that

additional time is necessary for defendant to show compliance with the Court's order—this will give defendant another chance to prove the sincerity she showed at the revocation hearing. Accordingly, the parties agree to continue the currently scheduled status hearing from January 25, 2023, to a date convenient to the Court, but no sooner than 60 days from the current setting.

JASON M. FRIERSON
United States Attorney

By: s/ *Jim W. Fang*  
    JIM W. FANG  
    Assistant United States Attorney

By: s/ *Jawara Griffin*  
    JAWARA GRIFFIN  
    Assistant Federal Public Defender  
    Counsel for defendant Hita

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>SONIA HITA<br><br>            Defendant. | Case No. 2:22-cr-6-JCM-VCF<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the status hearing in the above-captioned matter, previously scheduled for January 25, 2023, at 10:30 a.m. is vacated and continued until **March 29, 2023, at 10:30 a.m.**

Dated January 24, 2023

By: _____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

3