RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Sonia Hita

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONIA HITA,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00006-JCM-VCF<br><br>**STIPULATION TO CONTINUE STATUS HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Sonia Hita, that the Status Hearing currently scheduled on March 29, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel was just provided with a 3rd addendum and discovery. Counsel needs time to review the addendum and discovery with Ms. Hita.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the status hearing.

DATED: March 28, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SONIA HITA,<br><br>            Defendant. | Case No. 2:22-cr-00006-JCM-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for Wednesday, March 29, 2023 at 10:30 a.m., be vacated and continued to **May 3, 2023, at 10:30 a.m.**

DATED March 28, 2023.

_____
UNITED STATES DISTRICT JUDGE